UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

~~United States District~~ Court
Southern District of Texas
**ENTERED**
September 13, 2016
David J. Bradley, Clerk

Malibu Media

versus

John Doe

Civil Action 4: 16-2338, 2341, 2343, 2348, 2349, 2410

## Conference Memorandum

**Counsel:** Michael Lowenberg, Andrew Kumar, Pulkit Moudgil

**Representing:** P. Malibu

**Date:** September 13, 2016  
**Started:** 11:23  
**Reporter:** G Dye  
**Ended:** 11:55

At the conference, these rulings were made:

_____

☑ Order to be entered.
☑ A pretrial conference is set for: 10:00 a.m. on October 24, 2016.
☐ A hearing is set for: _____ on _____, 2016.
☐ Trial preparation to be completed by: _____, 2016.
☐ A trial is set for: _____ on _____, 2016.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____ ).
☐ Joint Pretrial Order due: _____, 2016.
☐ Internal review deadline _____, 2016.

Lynn N. Hughes
United States District Judge